# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| ROSALIND SEARCY, | Case No. 2:15-cv-0047-APG-NJK |
| Plaintiff(s), | ORDER |
| v. |  |
| ESURANCE INSURANCE COMPANY, et al., | (Docket Nos. 29, 32) |
| Defendant(s). |  |

Pending before the Court is Defendant's motion for protective order regarding its Rule 30(b)(6) deposition noticed by Plaintiff. Docket No. 29. Also pending before the Court is Plaintiff's counter-motion for sanctions. Docket No. 32. On September 17, 2015, United States District Judge Andrew P. Gordon granted Defendant's motion to dismiss and provided Plaintiff with 30 days to file an amended complaint. Docket No. 38. In light of Judge Gordon's order, the motion for protective order and motion for sanctions are hereby **DENIED** without prejudice.

To the extent the parties believe resolving the dispute concerning the Rule 30(b)(6) deposition becomes necessary, they may bring that dispute back to the Court's attention for resolution. In the event the parties both believe the briefing is already sufficient to enable a decision by the Court, the parties shall file a stipulation seeking a determination by the Court based on the briefing already filed. In the event the parties believe the changed procedural posture necessitates new briefing, the Defendant may

//

//

file a renewed motion to be briefed anew. If that renewed motion is denied, then Plaintiff may renew her motion for sanctions.

IT IS SO ORDERED.

DATED: September 29, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge