1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSALIND SEARCY, ) | Case No. 2:15-cv-00047-APG-NJK |
| Plaintiff(s), ) | |
| ) | **ORDER** |
| v. ) | |
| ) | (Docket No. 59) |
| ESURANCE INSURANCE COMPANY, ) | |
| ) | |
| Defendant(s). ) | |

Pending before the Court is a motion for leave for a second deposition of Plaintiff.  Docket No. 59.  The Court hereby **ORDERS** that any response must be filed no later than March 3, 2016, and any reply must be filed no later than March 8, 2016.  The Court further **SETS** a hearing on the motion for 11:00 a.m. on March 14, 2016, in Courtroom 3D.

IT IS SO ORDERED.

DATED: February 26, 2016

_____
Nancy J. Koppe
United States Magistrate Judge