UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROSALIND SEARCY,<br><br>    Plaintiff,<br><br>v.<br><br>ESURANCE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:15-cv-00047-APG-NJK<br><br>**ORDER DENYING PENDING MOTIONS**<br><br>(ECF Nos. 113, 117, 118) |

    Based on the parties' notice (ECF No. 121) that they have settled their claims, all of the pending motions (ECF Nos. 113, 117, 118) are hereby denied without prejudice as moot.

    DATED this 22nd day of January, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE