McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Gordon M. Park
Nevada Bar No. 7124
  *gordon.park@mccormickbarstow.com*
Daniel I. Aquino
Nevada Bar No. 12682
  *daniel.aquino@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for Defendant
ESURANCE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSALIND SEARCY,<br><br>Plaintiff,<br><br>v.<br><br>ESURANCE INSURANCE COMPANY, and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00047-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party will bear their own costs and attorneys' fees.

DATED this ___ day of January, 2018

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By _____
James J. Ream
Nevada Bar No. 3573
Law Office of James J. Ream
333 North Rancho Drive, Suite 530
Las Vegas, Nevada 89106
Tel. (702) 631-0031

Attorneys for Defendant
ESURANCE INSURANCE COMPANY

DATED this 22 day of January, 2018

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By _____
Gordon M. Park
Nevada Bar No. 7124
Daniel I. Aquino
Nevada Bar No. 12682
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendant
ESURANCE INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: January 22, 2018.

_____
UNITED STATES DISTRICT JUDGE

4894012.1